**Order entered November 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00175-CV

## BRIDGET PARSON AKA BRIDGET BROWN PARSON, Appellant

## V.

## BECKY COLE, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-15-01563-B

### ORDER

We abated this appeal on June 4, 2021 due to appellant filing for bankruptcy. By notice filed November 2, 2021, appellee informs the Court that appellant's bankruptcy has been dismissed. Accordingly, we **REINSTATE** the appeal. *See* TEX. R. APP. P. 8.3(a).

We note the reporter's record has not been filed. We **ORDER** Robin N. Washington, Official Court Reporter for County Court at Law No. 2, to file, no

later than November 30, 2021, the reporter's record or written verification no record exists or appellant has not requested the record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/    CRAIG SMITH
         JUSTICE